**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**LY INVESTMENTS, LLC**                                                                          **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO. 1:23-cv-291-TBM-BWR**

**ARCH SPECIALTY INSURANCE
COMPANY; UNITED SPECIALTY
INSURANCE COMPANY; CERTAIN
UNDERWRITERS AT LLOYD'S LONDON**                                          **DEFENDANTS**

## ORDER

This matter came before the Court on the Defendants' Arch Specialty Insurance Company, United Specialty Insurance Company, Certain Underwriters at Lloyd's London, Motion for Summary Judgment [31]. At the hearing conducted on July 30, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

For all of the reasons stated at the hearing:

IT IS ORDERED AND ADJUDGED that Defendants' Arch Specialty Insurance Company, United Specialty Insurance Company, Certain Underwriters at Lloyd's London, Motion for Summary Judgment [31] is TAKEN UNDER ADVISEMENT as to the breach of contract claim and GRANTED as to the bad faith claim and the tortious breach of contract claim.

IT IS FURTHER ORDERED AND ADJUDGED that Ly Investments, LLC's claims for bad faith and tortious breach of contract are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that supplemental briefing is due on the breach of contract claim on September 4, 2025.

**SO ORDERED AND ADJUDGED**, the 30th day of July, 2025.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE